SEALED

FILED - USDC - FLMD - ORL
JUL 15 2026 PM2:38

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr- 179-AGM-RMN
18 U.S.C. § 875(c)

DAQUAN LAMONT SMITH

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Interstate Transmission of Threat)**

On or about December 6, 2025, in the Middle District of Florida, and elsewhere, the defendant,

DAQUAN LAMONT SMITH,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, that is, unknown victims of a cruise ship, including a recorded call to the cruise line stating: "I'm coming from, I'm coming. I'm on the cruise boat coming from Bahamas that left two days ago, and I'm letting you guys know now I have a bomb on the boat and I want to blow it up," with intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

[redacted]

GREGORY W. KEHOE
United States Attorney

By: ______________________
Kaley Austin-Aronson
Assistant United States Attorney

By: ______________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
July 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DAQUAN LAMONT SMITH

INDICTMENT

Violations: 18 U.S.C. § 875(c)

[redacted]

Filed in open court this 15th day of July, 2026

______________________ Clerk

Bail $______________________

GPO 863 525